

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00133-CV

James Clinton **COYLE**,
Appellant

v.

**COYLE FAMILY FARM, INC.**,
Appellee

From the County Court at Law, Medina County, Texas
Trial Court No. 3208
Honorable Vivian Torres, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is REVERSED and judgment is RENDERED dismissing with prejudice appellee Coyle Family Farm, Inc.'s forcible detainer action against James Clinton Coyle.

It is ORDERED that appellant James Clinton Coyle recover his costs of appeal from appellee Coyle Family Farm, Inc.

SIGNED July 26, 2017.

_____
Rebeca C. Martinez, Justice